IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 FEB 22 PM 4: 05

| | | |
|---|---|---|
| JOHN DEUTSH, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-15-CV-1159-LY |
| | § | |
| SWITCH 1080 FOODS, LLC, | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On February 16, 2016, Plaintiff filed a Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Doc. #4). The court has reviewed and approves the notice of dismissal. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _____ day of February, 2016.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE